IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| Andres Leroy Glenn, | ) | C/A NO. 3:12-763-CMC-SVH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| Kathy Vandross; Alan Vandross, | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's *pro se* motion for copies. ECF No. 36. Plaintiff's motion for copies indicates he seeks copies "to prepare case." Mot. at 1. However, this matter was closed May 16, 2012. As there is nothing to "prepare" in this matter, Plaintiff's motion for copies is **denied**.

**IT IS SO ORDERED.**

                                      s/ Cameron McGowan Currie
                                      CAMERON McGOWAN CURRIE
                                      SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 9, 2013